UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| SARA ALICIA B. TRAUTMANN AND SABT RANCH, LTD. | § | |
| VS. | § | CIVIL ACTION NO. L-04-117 |
| COGEMA MINING, INC., MALAPAI RESOURCES COMPANY, MALCO, AND TOTAL CORPORATION | § | **JURY REQUESTED** |

## FIAT

A hearing on Movants' Motion in Intervention is hereby set to be heard before this court on the _____ day of _____, 2005 at ____ o'clock ___.m. Notice of this setting shall be provided to Emilio Davila, Jr., as attorney for movants, to Donato D. Ramos, as attorney for the plaintiffs in the original suit, and to Carlos M. Zaffirini, Sr., as attorney for the defendants in the original suit.

Signed this ____ day of December 2005.

_____
JUDGE PRESIDING