UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

SARA ALICIA B. TRAUTMANN
AND SABT RANCH, LTD.

VS.                                              §        CIVIL ACTION NO.

COGEMA MINING, INC.,
MALAPAI RESOURCES COMPANY,
MALCO, AND TOTAL CORPORATION  §        **JURY REQUESTED**

## ORDER

On the undersigned date the court considered Movants' Motion in Intervention, and after hearing the evidence and arguments of counsel, the court is of the opinion that same should be in all respects GRANTED/DENIED.

Signed this ___ day of December 2005.


_____
JUDGE PRESIDING